UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Ramie Marston

    v.                    Civil No. 10-cv-00278-JL

United States of America,
et al.

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case, and request that the Clerk reassign this matter.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:     July 14, 2010

cc:  Ramie R. Marston, pro se