UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Ramie R. Marston</u>

    v.                    Civil No. 10-cv-278

<u>United States of America,</u>
<u>et al.</u>

O R D E R

    The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

    SO ORDERED.

                                          /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date:  July 15, 2010

cc:  Ramie R. Marston, pro se