UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Ramie R. Marston,
    Plaintiff

v.                                 Civil No. 10-cv-278

United States of America; et al.
    Defendants

**O R D E R**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

July 15, 2010

cc:  Ramie R. Marston, pro se