UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Ramie R. Marston

    v.                                  Civil No. 10-cv-278

United States of America, et al.

ORDER OF RECUSAL

I hereby recuse myself from presiding over this case. The case shall be assigned to another judge.

_____
Landya B. McCafferty
United States Magistrate Judge

Date:  July 21, 2010

cc:  Ramie Marston, pro se