UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Ramie R. Marston</u>

v.                                                                NH Civil No. 10-cv-278

<u>United States of America, et al</u>

## ORDER

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Rhode Island; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date: July 22, 2010                        <u>/s/ Steven J. McAuliffe</u>
                                            Steven J. McAuliffe
                                            Chief Judge

cc:   Ramie R. Marston, pro se
      Clerk, USDC - District of Rhode Island

## CONCURRING ORDER

I concur that _____**William E. Smith**_____, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge _____**Lincoln D. Almond**_____ is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: *July 28, 2010*

*Mary M. Lisi*
Chief United States District Judge
District of Rhode Island

cc: Ramie R. Marston, pro se
    Clerk, USDC- District of New Hampshire