**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Ramie R. Marston</u>

    v.                            NH Civil Action No.1:10-cv-278-WES

<u>United States of America</u>,
  <u>et al</u>

**O R D E R**

Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $10.00 is due no later than September 8, 2010.  In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the Danbury Federal Correctional Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

                              <u>/s/ Lincoln D. Almond</u>
                              Lincoln D. Almond
                              United States Magistrate Judge,
                              Sitting by Designation

Date: July 29, 2010

cc:
      Bonnie S. Reed, USDC-NH Financial Administrator
      Danbury-FCI, Inmate Accounts
      Ramie R. Marston, pro se
      David Ellis, pro se