# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Ramie R. Marston</u>

    v.                                        NH Civil No. 10-cv-278-WES

<u>Kristin Cook, et al</u>

## ORDER PROHIBITING REMOTE ELECTRONIC ACCESS

The exhibits which are attached to the [52] Objection filed by David Ellis on October 7, 2010 to [49] Ramie Marston's Motion to Object Re: David Ellis, et al filed on October 4, 2010 in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in these exhibits.   Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the exhibits which are attached to the above-referenced objection, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

    **SO ORDERED**.

                                                      <u>/s/ Lincoln D. Almond</u>
                                                      Lincoln D. Almond
                                                      United States Magistrate Judge

Date:  October 13, 2010

cc:    Ramie R. Marston, pro se
       David Ellis, pro se