UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Ramie R. Marston

v.                                                             NH Civil No. 10-cv-278-WES

United States of America, et al

ORDER

After due consideration of the objection filed, I herewith approve the [31] Report and Recommendation of Magistrate Judge Lincoln D. Almond dated August 31, 2010.

It is hereby ordered that the [1] Plaintiff's Complaint be dismissed with prejudice as to U.S. Probation Officer Kristin Cook and the New Hampshire United States Attorney's Office and without prejudice as to David Ellis.

It is further ordered that all pending motions (Nos. 3, 10, 13, 17, 18, 19, 20 and 22) be denied as moot.

So ordered.

_____
William E. Smith
United States District Judge
Sitting By Designation

date:   12/6/10

cc:   Ramie R. Marston, pro se
      David Ellis, pro se